# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Ojeda, on behalf of himself and all others similarly situated,<br><br>PLAINTIFF(S)<br>v.<br>Experian Information Solutions, Inc.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>Case 8:15-cv-01723-RSWL-JCG<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 14-03.


OCTOBER 26, 2015                              RONALD S.W. LEW
Date                                          United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Dolly M. Gee   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   DMG   after the case number in place of the initials of the prior judge so that the case number will read   SACV15-1723 DMG (JCGx)

This is very important because documents are routed to the assigned judge by means of the initials.


cc:   [x] *Previous Judge*      ☐ *Statistics Clerk*

CV-89 (06/14)                    ORDER RETURNING CASE FOR REASSIGNMENT